# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 15 MAP 2014 |
| | : |
| Appellant | : Appeal from the Order of Lycoming County |
| | : Court of Common Pleas, Criminal Division, |
| | : at No. CP-41-CR-1620-2011 dated |
| v. | : February 6, 2014 |
| | : |
| | : |
| CORY ALAN DERR, | : |
| | : |
| Appellee | : |

## ORDER

**PER CURIAM**

    **AND NOW,** this 31st day of August, 2015, the Order of the Court of Common Pleas is hereby **AFFIRMED**. See Commonwealth v. Hopkins, 117 A.3d 247 (Pa. 2015).